Complaint

| | |
|---|---|
| Jeffrey A. Damon ProSe plaintiff Verses D-E-F Service Group LTD Defendant | Case # 3:19 cv 986 **FILED SCRANTON** JUN 0 7 2019 Per_____ DEPUTY CLERK |

1 Parties to Complaint

    A. Plaintiff - Jeffrey A. Damon

       352 Jefferson ST. Simpson pa. 18407

    B. Defendant. D-E-F Service Group LTD

       1171 Voluntown Rd.

       Griswold CT 06351

2 US District Court

    A. Discrimination (individual)

      employment commission 5 23 2019

         00028.

      B. D-E-F Service Group LTD

      Company Act 1980 Not to Create

      Co. Limited by guarantee unless

      Charity. Shareholders Laws CT

      Employment Controversy about

      plaintiff and Defendant

3 Employee discrimination

Hiring discrimination

Civil action on Commission findings

I'm Seeking Relief from the Court

5. | Certification and Closing

Fed Rule 11. I certify to the best of my Knowledge, information is complete. Not for herassment or delay. Supported by Law or will with reasonable investigation

A. I agree to notify the clerk if I Chang my address.

06-04-2019

*Jeffrey a. Damon*

Jeffrey A Damon

B. 06-04-2019     Please Reply

*Jeffrey a Damon*     With in 25 Days

Jeffrey A Damon

Pro Se



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Toll Free Number:  (866) 408-8075
Boston Direct Dial:  (617) 565-4805
Boston Direct Line:  (617) 565-3200
TTY:  (617) 565-3204
FAX:  (617) 565-3196

Internet: www.eeoc.gov
Email: info@eeoc.gov

Jeffrey A. Damon
352 Jefferson Street
Simpson, PA 18407

APR 1 1 2019

Re:   Damon v. D/E/F Service Group, LTD
      EEOC Charge No. 523-2019-00028

Dear Mr. Damon:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission") has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have examined your charge based upon the information and evidence you submitted. You allege you were subjected to employment discrimination because of your age in violation of the Age Discrimination in Employment Act of 1967, as amended.

Based upon this analysis the Commission is unable to conclude that the information establishes a violation of Federal law on the part of Respondent.  This does not certify that Respondent is in compliance with the statutes.  No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue.  Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge within 90 days of receipt of said notice.  Otherwise, your right to sue will be lost.

If you have any questions, please contact Anthony M. Pino, Jr., Enforcement Supervisor, at 1-617-565-3192, Monday to Friday, during normal business hours.

Sincerely,

_____For

Kenneth An, JD
Director
Boston Area Office

EEOC Form 191 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jeffrey A. Damon<br>352 Jefferson Street<br>Simpson, PA 18407 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| 523-2019-00028 | Jinny L. Miranda,<br>Investigator | (617) 565-3188 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Feng K. An,
Area Office Director

APR 1 1 2019

(Date Mailed)

Enclosures(s)

cc:

D/E/F SERVICE GROUP, LTD.
1171 Voluntown Rd.
Griswold, CT 06351

Jeffrey Damon
352 Jefferson St.
Simpson Pa 18407

LEHIGH VALLEY
PA 180
05 JUN '19
PM 1 L

FOREVER / USA

U.S. District Court
235 North Washington Ave.
Scranton Pennsylvania 18503

Clerk's Office

18503-151299

RECEIVED
SCRANTON

JUN 07 2019

DEPUTY CLERK